UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

      Plaintiff,           Case No. 04-75009

v.                           District Judge Julian Abele Cook, Jr.
                              Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING, INC.,

      Defendant.
_____/

ORDER

On February 8, 2006 Plaintiff submitted a written request for withdrawal of its Motion for Entry of Default and Costs for Failure to Comply with Court Ordered Discovery (filed 12/08/2005) [Doc # 25];

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby DISMISSED.

                                   s/R. Steven Whalen
                                   R. STEVEN WHALEN
                                   UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 14, 2006.

                                   s/Gina Wilson
                                   Judicial Assistant