UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

    Plaintiff/Counter-Defendant,    Case No. 04-75009

v.    District Judge Julian Abele Cook, Jr.
    Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

    Defendant/Counter-Plaintiff,

_____/

**ORDER REGARDING DISCOVERY MOTIONS
AND AMENDING SCHEDULING ORDER**

Before the Court are three discovery-related motions: (1) Defendant's Motion to Quash Subpoena and Notice of Taking Telephonic Deposition of Nick Paul [Doc. #44]; (2) Defendant's Motion to Compel Deposition of Plaintiff [Doc. #45]; and (3) Defendant's Motion to Quash Deposition Notices of Gail Lowe, Steve Lowe, Jr., Scot Wolfe, Rick Manser and Lou Ann DeGarmo [Doc. #50]. For the reasons and under the terms stated on the record on July 18, 2006,

(1) Defendant's Motion to Quash the notice of Nick Paul's deposition [Doc. #44] is DENIED. Said deposition will be taken telephonically, and the court reporter for that

proceeding will be located in Florida, in the presence of the deponent Nick Paul. Further, said deposition will take place subsequent to August 16, 2006, but within the discovery cut-off date as amended in this Order;

(2) Defendant's Motion to Compel Plaintiff's Deposition [Doc. #45] is DISMISSED AS MOOT'

(3) Defendant's Motion to Quash Deposition Notices of Gail Lowe, Steve Lowe, Jr., Scot Wolfe, Rick Manser and Lou Ann DeGarmo [Doc. #50] is DENIED. However, the depositions of said individuals shall take place on or before August 16, 2006.

(4) The scheduling order is amended as follows:

a. Discovery shall be completed by September 18, 2006.

b. Motions shall be filed by October 17, 2006.

c. Motions in Limine shall be filed by January 2, 2007.

d. Joint Final Pretrial Order due December 26, 2006.

e. Final Pretrial Conference shall be held on January 2, 2007.

f. Jury Trial is scheduled for January 9, 2007 at 8:30 a.m.

SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 18, 2006.

                                                  S/Gina Wilson
                                                  Judicial Assistant