UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

    Plaintiff/Counter-Defendant,        Case No. 04-75009

v.                                          District Judge Julian Abele Cook, Jr.
                                            Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

    Defendant/Counter-Plaintiff,

_____/

**ORDER DENYING MOTION FOR RULE 11 SANCTIONS**

For the reasons stated on the record on October 19, 2006,[1] Defendant/Counter-Claimant's Motion for Rule 11 Sanctions [Docket #37] is DENIED.

SO ORDERED.

                                                    S/R. Steven Whalen
                                                    R. STEVEN WHALEN
                                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2006

---

[1] Neither Defendant nor Defendant's counsel appeared for the hearing on his motion. The notice of hearing was served electronically on all attorneys on October 12, 2006 [Docket #78].

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 19, 2006.

                                          s/Gina Wilson
                                          Judicial Assistant