UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

       Plaintiff/Counter-Defendant,      Case No.  04-75009

v.                            District Judge Julian Abele Cook, Jr.
                                Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

       Defendant/Counter-Plaintiff,

_____/

**ORDER GRANTING MOTION TO COMPEL**

For the reasons and under the terms stated on the record on November 2, 2006,
Defendant's Motion for Court Order Compelling Discovery and Reopening and Continuing
the Deposition of Erik Rosvold [Docket #61] is GRANTED.

The re-deposition of Plaintiff Eric Rosvold will be held no later than November 16,
2006.  The scope of the re-deposition will be limited to matters related to the documents and
CD recordings produced by Plaintiff at the prior deposition.  Plaintiff will pay the cost of the
court reporter for the re-deposition.  Plaintiff will not be required to provide transcripts of
any recordings for purposes of the deposition.  However, no later than 21 days before trial,
he will provide transcripts of any recordings he intends to introduce at trial.

-1-

SO ORDERED.


S/R.  Steven Whalen
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  November 3, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 3, 2006.


S/Gina Wilson
Judicial Assistant