UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

    Plaintiff/Counter-Defendant,    Case No.  04-75009

v.    District Judge Julian Abele Cook, Jr.
    Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

    Defendant/Counter-Plaintiff,

_____/

## ORDER DENYING MOTION TO AMEND AND TO QUASH

For the reasons and under the terms stated on the record on November 2, 2006, Defendants' Motion to Alter or Amend Order and to Quash Plaintiff's Notices of Taking Deposition of Gail Lowe, Steve Lowe, Jr., Scot Wolfe, Rick Manser, and Lou Ann DeGarmo [Docket #67] is DENIED.

    SO ORDERED.

                                                S/R.  Steven Whalen
                                               R.  STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated:  November 3, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 3, 2006.

S/Gina Wilson<br>
Judicial Assistant