UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ERIK ROSVOLD,

      Plaintiff/Counter-Defendant,      Case No.  04-75009

v.      District Judge Julian Abele Cook, Jr.
      Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

      Defendant/Counter-Plaintiff,


_____/


**ORDER DENYING REHEARING**

For the reasons stated on the record on November 2, 2006, Defendant's Objection

to Order Denying Rule 11 Sanctions and Motion for Rehearing [Docket #84] is DENIED.

SO ORDERED.




S/R.  Steven Whalen_____
R.  STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  November 3, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on November 3, 2006.

S/Gina Wilson
Judicial Assistant