UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK ROSVOLD,

    Plaintiff/Counter-Defendant,        Case No.  04-75009

v.        District Judge Julian Abele Cook, Jr.
        Magistrate Judge R. Steven Whalen

L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

    Defendant/Counter-Plaintiff,

_____/

## ORDER DENYING MOTION FOR RULE 11 SANCTIONS

For the reasons stated on the record on February 20, 2007, Plaintiff's Motion for Rule 11 Sanctions [Docket #101] is DENIED.

SO ORDERED.

        S/R.  Steven Whalen
        R.  STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated:  February 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

and/or parties of record by electronic means or U.S. Mail on February 20, 2007.

                                              S/Gina Wilson
                                              Judicial Assistant