UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ERIK ROSVOLD,

      Plaintiff/Counter-Defendant,     Case No.  04-75009

v.                           District Judge Julian Abele Cook, Jr.
                            Magistrate Judge R. Steven Whalen


L.S.M. SYSTEMS ENGINEERING,
INC., a Domestic Profit Corporation,

      Defendant/Counter-Plaintiff,


_____/


**ORDER DENYING MOTION TO COMPEL CONTINUED DEPOSITION**

For the reasons stated on the record on February 20, 2007, Plaintiff's Motion to

Compel the Continued Deposition of Steven Lowe, Jr. [Docket #99] is DENIED.

      SO ORDERED.



                           S/R.  Steven Whalen_____
                           R.  STEVEN WHALEN
                           UNITED STATES MAGISTRATE JUDGE

Dated:  February 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on February 20, 2007.

S/Gina Wilson
Judicial Assistant